## U.S. BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Robert Charles Ash<br><br>Debtor. | Case No.: 19-17781-amc<br>Chapter 13 |

### **ORDER**

The debtor having moved for an extension of time to file the schedules, statement of affairs and plan as required by Bankruptcy Rule 1007(b),

Now, upon the application of the debtor dated January 14, 2020, and cause having been shown therefore,

It is hereby ordered that the time of the debtor herein to file the schedules, and plan required by Bankruptcy Rule 1007(b) is extended for an additional 15 days until January 24, 2020.

**Date: January 16, 2020**

DATED: _____

UNITED STATES BANKRUPTCY JUDGE