*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert Charles Ash
    Debtor(s)

Case No: 19−17781−amc
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why
this case should not be dismissed for failure to pay the first Installment payment in the amount of $77.50
will be held before the Honorable Ashely M. Chan ,United States Bankruptcy Court

on: 2/25/20

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: January 31, 2020

17
Form 175