```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                              Case No. 19-17781-amc
Robert Charles Ash                                                  Chapter 13
              Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Feb 11, 2020
                              Form ID: pdf900             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2020.
db             +Robert Charles Ash,    43 Favored Lane,    Levittown, PA 19055-2103
14439336      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
14439335       +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14451641       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14439337       +Commercial Acceptance Company,    2300 Gettysburg Road,    Suite 102,    Camp Hill, PA 17011-7303
14439339       +Eos Cca,    Attn: Bankruptcy,    700 Longwater Dr,    Norwell, MA 02061-1624
14458920       +Greensky, LLC,    1797 Northeast Expressway Suite 100,    Atlanta, GA 30329-2451
14439340       +IC System, Inc,    Attn: Bankruptcy,    Po Box 64378,    Saint Paul, MN 55164-0378
14451018       +M&T Bank,    C/O KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14439345       +Renasant Bank,    Attn: Bankrutcy,    Po Box 709,    Tupelo, MS 38802-0709
14458527       +Unifund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 12 2020 02:55:09     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 12 2020 02:54:55
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 12 2020 02:55:08     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14464971       +E-mail/Text: g20956@att.com Feb 12 2020 02:55:19     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14439338       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 12 2020 02:55:20
                 Credit Collection Service,    Attn: Bankruptcy,    Po Box 773,    Needham, MA 02494-0918
14439341        E-mail/Text: camanagement@mtb.com Feb 12 2020 02:54:48     M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,    Buffalo, NY 14240
14439342       +E-mail/Text: Bankruptcies@nragroup.com Feb 12 2020 02:55:20     National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
14448861        E-mail/PDF: cbp@onemainfinancial.com Feb 12 2020 03:00:55     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14439344       +E-mail/PDF: cbp@onemainfinancial.com Feb 12 2020 03:00:55     OneMain Financial,
                 Attn: Bankruptcy,    Po Box 3251,    Evansville, IN 47731-3251
14439346       +E-mail/PDF: gecsedi@recoverycorp.com Feb 12 2020 03:01:10     Syncb/Care Credit,
                 Attn: Bankruptcy,    Po Box 965064,    Orlando, FL 32896-5064
14439347       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 12 2020 02:53:49
                 Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14439343*      +National Recovery Agency,    Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2020                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Virginia              Page 2 of 2                Date Rcvd: Feb 11, 2020
                               Form ID: pdf900             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2020 at the address(es) listed below:
              GEORGE R. TADROSS    on behalf of Debtor Robert Charles Ash gtadross@tadrosslaw.com,
               r55386@notify.bestcase.com;robin@tadrosslaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                           TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Robert Charles Ash | : | |
| | : | |
| Debtor | : | Bankruptcy No. 19-17781-amc |

ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated December 16, 2019, this case is hereby DISMISSED.

**Date: February 10, 2020**

Judge Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
    Atty Disclosure Statement
    Chapter 13 Plan
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities Form B106
    Chapter 13 Statement of Your Current Monthly Income 122C-1
    & 122C-2